EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 107 |
| | |
| Héctor Juan Rivera Torres | 216 DPR ___ |

Número del Caso: TS-18,938

Fecha: 21 de octubre de 2025

Representante legal del peticionario:

    Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor Juan Rivera Torres            TS-18,938


RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2025.

Atendida la Moción en cumplimiento de orden e informativa presentada por el Sr. Héctor Juan Rivera Torres, así como la Certificación del Programa de Educación Jurídica Continua, se provee ha lugar. Se reinstala al ejercicio de la abogacía al Sr. Héctor Juan Rivera Torres.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Martínez Torres hace constar la expresión siguiente:

En cumplimiento de la Resolución ER-2025-02 y en protección del interés público, no hubiese reinstalado al Sr. Héctor Juan Rivera Torres sin que antes nos acreditara que completó seis horas crédito en cursos sobre las nuevas Reglas de Conducta Profesional de Puerto Rico.

La Jueza Presidenta Oronoz Rodríguez no intervino.


                              Bettina Zeno González
                    Secretaria del Tribunal Supremo Interina